996

No. 77–365. United States et al. v. LaSalle National Bank et al. C. A. 7th Cir. Certiorari granted. ▮

No. 77–369. Furnco Construction Corp. v. Waters et al. C. A. 7th Cir. Certiorari granted. ▮

No. 77–567. New York State Parole Board et al. v. Coralluzzo. C. A. 2d Cir. Certiorari granted. ▮

No. 76–6268. Shima v. United States. C. A. 5th Cir. Certiorari denied. ▮

No 76–6990. Young v. United States. C. A. 6th Cir. Certiorari denied. ▮

No. 77–271. St. Regis Paper Co. v. Royal Industries et al.; and

No. 77–279. Royal Industries et al. v. St. Regis Paper Co. C. A. 9th Cir. Certiorari denied. Reported below: 552 F. 2d 309.

No. 77–344. Heyn v. Louisiana State University, Agricultural and Mechanical College, et al. C. A. 5th Cir. Certiorari denied. ▮

No. 77–428. Moody v. Payne, Commissioner of Insurance. Sup. Ct. Ala. Certiorari denied. ▮

No. 77–545. General GMC Trucks, Inc. v. General Motors Corp. et al. Sup. Ct. Ga. Certiorari denied. ▮